E.C. ROBINSON, III, Appellant, v FRIEDMAN MANAGEMENT CORP. et al., Defendants. SLAVIN & SLAVIN, ESQS., Nonparty Respondent. [854 NYS2d 68]—

The court properly concluded that plaintiff's attorney was entitled to a charging lien, inasmuch as the termination of the representation did not result from attorney misconduct, discharge for cause, or unjustified abandonment by the attorney (*see Klein v Eubank*, 87 NY2d 459, 464 [1996]). Contrary to plaintiff's contention, there was no need for an evidentiary hearing on the issue of whether counsel's withdrawal was justifiable, where there is adequate evidence showing a breakdown in the attorney-client relationship (*see Klagsbrun v Klagsbrun*, 192 AD2d 306 [1993], *lv dismissed* 82 NY2d 846 [1993]). Concur—Tom, J.P., Friedman, Nardelli, Catterson and Moskowitz, JJ.